UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CASTLEMORTON WIRELESS, LLC | § § § | |
| vs. | § § | NO:  WA:20-CV-00027-ADA |
| T-MOBILE US, INC., T-MOBILE USA, INC. | § | |

**ORDER**

    The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on May 22, 2020 at **03:45 PM** . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **22nd day of May, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE